# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - EASTERN DIVISION

In the Matter of:

| | | |
|---|---|---|
| Tammy Smith | } | **Case No: 20-40135-JJR13** |
| SSN: XXX-XX-9459 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | Confirmation Hearing |
| **Date and Time:** | Thursday, April 02, 2020 09:30 AM |
| **Appearances:** | N/A |
| **Courtroom Deputy:** | Tenina Milner |
| **Presiding Judge:** | JAMES J. ROBINSON |
| **Court Notes:** | Because all objections to confirmation have been resolved, and based on the Trustee's recommendation and the Court's review, the confirmation hearing is moved to the 9:29 shortlist for the above stated date. |

**In the event that an objection to confirmation is filed, the CA is to notify the CRD. The confirmation hearing may be removed from the shortlist.

**If a late amended plan is filed, the confirmation hearing may be moved back to 9:30 or it may be continued to another date. In the event that an amended plan is filed, the attorney for the debtor(s) should notify the Courtroom Deputy immediately.

Date Prepared:04/01/2020